IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDQUIST FORD, INC.,
STEVEN LINDQUIST and CRAIG
MILLER,

                   ORDER

      Plaintiffs,

   V.                03:07-cv-00012-bbc

MIDDLETON MOTORS, INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Plaintiffs have submitted a form of judgment as directed by the court at the end of the trial on December 5, 2007. However, defendant objects to the inclusion of any prejudgment interest in the amount awarded to plaintiffs.

  In view of defendant's objection to the proposed form of the judgment, I will enter judgment at this time in the amount of $160,000.00, and reserve a decision on whether to include an award of interest until the parties have had an opportunity to brief the matter.

  Plaintiffs may have until December 20, 2007, in which to file and serve a brief in opposition to defendant's objection to the inclusion of interest. Defendant may have until

1

January 2, 2008, in which to serve and file a reply.

Entered this 10th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2