IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDQUIST FORD, INC.,
STEVEN LINDQUIST, and
CRAIG MILLER,

                                                          ORDER

                    Plaintiffs,

                                                         07-cv-12-bbc

     v.

MIDDLETON MOTORS, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At a hearing on the form of order staying execution of judgment pending appeal held on Friday, March 21, 2008, plaintiffs' counsel, Robert Shumaker and defendant's counsel, Mark Steichen reached tentative agreement on the form of the order. They agreed to submit an agreed order to the court during the week beginning March 24, 2008.

Entered this 24th day of March, 2008.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge