IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDQUIST FORD, INC., *et al.*

                Plaintiffs,                ORDER

v.

                                        07-C-012-C

MIDDLETON MOTORS, INC.,

                Defendant.

---

      Following remand this court held an unrecorded telephonic status conference on April 23, 2009.  In consultation with counsel I set the bench trial for August 17, 2009 at 9:00 a.m.  The parties will jointly submit the transcript of and exhibits from the first trial so that this evidence would not have to be re-adduced. Even so, the parties predict a 2-3 day trial because most of the witnesses will need to be recalled to supplement their testimony.

      Not later than May 8, 2009 each side will present its position on why the court should (or should not) allow another summary judgment motion.  If the court allows a motion, it is likely that briefing would quicker than usual.  Whether any of this affects the trial date remains to be seen.

      The parties agreed that they will meet and confer about how to conduct additional discovery.

      Entered this 23rd day of April, 2009.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge