# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 12 | **DATE** | 7/1/2009 |
| **CASE TITLE** | Lindquist Ford, Inc. et al v. Middleton Motors, Inc. | | |

**DOCKET ENTRY TEXT:**

Due to the cancellation of a mediation hearing in a different court case, mediation previously set for 12:30 p.m. on July 9, 2009 is reset as to time only to 1:00 p.m.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|