IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDQUIST FORD, INC.,
STEVEN LINDQUIST, and
CRAIG MILLER,

                                                              ORDER

                    Plaintiffs,                        07-cv-12-bbc

    v.

MIDDLETON MOTORS, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A scheduling conference was held in this case on August 6, 2009.  Robert Shumaker participated on behalf of plaintiffs; Gary Antoniewicz and Mark Steichen participated on behalf of defendant.

      Because there are two cases to be tried during the week of August 17, some juggling of calendars is necessary.  The other case, <u>Payette v. Hoenisch</u> will begin on Monday and then adjourn until Wednesday, August 19, at 10.  This case will begin at 8:30 Tuesday, August 18 and run until 6:00 or later; it will resume the next day for two hours (8:00 to 10:00).  Counsel believe that they can finish the case within the time scheduled.

Counsel are conferring on proposed findings of fact and exhibits, in an attempt to streamline the presentation of evidence.

Entered this 7th day of August, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge