IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDQUIST FORD, INC.,
STEVEN LINDQUIST, and
CRAIG MILLER,

        Plaintiffs,

v.

MIDDLETON MOTORS, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-12-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Lindquist Ford, Inc., Steven Lindquist and Craig Miller in the amount of $153,936.99.

Approved as to form this 23rd day of October, 2009.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

By: _[signature]_, Chief Deputy Clerk    10-28-09
Peter Oppeneer,
Clerk of Court                               Date