IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDQUIST FORD, INC.,
STEVEN LINDQUIST and
CRAIG MILLER,

       Plaintiffs,

v.

MIDDLETON MOTORS, INC.,

       Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 07-cv-12-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Lindquist Ford, Inc., Steven Lindquist and Craig Miller in the amount of $153,936.99, plus 12% interest on the $153,936.99 award, to run from October 19, 2007 to the date on which judgment is paid by defendant, plus double costs in the amount of $16,990.74.

Approved as to form this 23rd day of November, 2009.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

_Peter Oppeneer_          11/24/09
Peter Oppeneer, Clerk of Court      Date