IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDQUIST FORD, INC.,
STEVEN LINDQUIST, and
CRAIG MILLER,

AMENDED JUDGMENT
IN A CIVIL CASE

Plaintiffs,

Case No. 07-cv-12-bbc

v.

MIDDLETON MOTORS, INC.,

Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Middleton Motors, Inc., and against plaintiffs Lindquist Ford, Inc., Steven Lindquist and Craig Miller, dismissing the complaint and awarding, jointly and severally, the following sums to defendant:

1. damages in the amount of $1,164.74;
2. restitution in the amount of $210,541.23, plus interest in the amount of $19,697.38 through October 17, 2011, and $28.44 per day thereafter until judgment is entered;
3. costs taxed by the Seventh Circuit in its mandate in the sum of $3,352.50;
4. costs on appeal in the amount to be taxed by the district court clerk, including the costs of the irrevocable letter credit issued to secure the amended judgment dated February 21, 2008; and
5. costs in this action in an amount to be taxed by the district court clerk.

_____        10/31/11
Peter Oppeneer, Clerk of Court          Date